UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD MILLER, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE INC,<br><br>Defendant. | CASE NO. C17-0050-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Plaintiff's motion to substitute lead plaintiffs (Dkt. No. 15). The motion is GRANTED. The Court ORDERS that Eileen Miller (deceased) be substituted in this action with Richard Miller. The Clerk is DIRECTED to modify the caption to reflect this change.

DATED this 22nd day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk